# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Devora Fisher, et al.

       Plaintiff,

v.                    Case No.: 1:14−cv−08259
                   Honorable Ronald A. Guzman

Kohl's Corporation, et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2020:

  MINUTE entry before the Honorable Ronald A. Guzman: Bench trial set for 2/4/2020 is stricken, the Court having been notified that the parties have reached a settlement. This case is dismissed without prejudice with leave to reinstate within 30 days solely for the purpose of enforcing the settlement agreement. If no motion to reinstate is filed within 30 days of the date of entry of this order, the dismissal will automatically convert to a dismissal with prejudice at that time. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.